Argued July 11, affirmed August 23, 1968

## STATE OF OREGON, *Respondent, v.*
## HARRY P. HUMPHREYS,
### *Appellant.*

444 P. 2d 476

*Sidney A. Brockley,* Portland, argued the cause and filed a brief for appellant.

*Jacob B. Tanzer,* Deputy District Attorney, Portland, argued the cause for respondent. With him on the brief was George Van Hoomissen, District Attorney, Portland.

Before McAllister, Presiding Justice, and O'Connell and Denecke, Justices.

PER CURIAM.

Defendant appeals from a judgment of conviction of the crime of larceny.

Defendant contends that the trial court erred in admitting defendant's confession on the ground that he was not properly advised of his constitutional rights before he was interrogated by the police.

Defendant read and signed an "Advice Form" used by the police to advise accused persons of their constitutional rights as required by the *Escobedo* and *Miranda* decisions.[1] The form contained the following warning: "Anything you say and any statement you write can be used against you in court to prove that you have committed a crime. This is true even if you are a minor."

Defendant contends that the warning was inadequate in that it failed to inform him that his statements *would* be used against him. Defendant interprets *Miranda* as requiring a warning that any statement made by the accused *will* be used against him and that it is not enough to warn him simply that his statements *can* be used against him.

We do not agree with defendant's interpretation of *Miranda* and we hold that the warning given was adequate.

Judgment affirmed.

---

[1] Escobedo v. Illinois, 378 US 478, 84 S Ct 1758, 12 L Ed2d 977 (1964); Miranda v. Arizona, 384 US 436, 86 S Ct 1602, 16 L Ed2d 694, 10 ALR3d 974 (1966).